# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT LEE, JR., individually and for all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MARIROSA LAMAS, MICHAEL WENEROWICZ and TY STANTON, in their individual capacities, <br><br> Defendants. | CIVIL ACTION NO. 19-241 |

## ORDER

**AND NOW**, this 26th day of December 2019, upon consideration of the Defendant's Motion to Dismiss for Lack of Jurisdiction [Doc. No. 12], and the responses thereto, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion to Dismiss is **DENIED**. Accordingly, the Defendants shall answer the Complaint no later than **January 16, 2020**.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**