IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT LEE, JR., individually and for all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARIROSA LAMAS, *et al.*,<br><br>Defendants. | CIVIL ACTION NO. 19-241 |

### ORDER

**AND NOW,** this 8th day of June 2021, upon consideration of the Courts accompanying memorandum opinion, it is hereby **ORDERED** that Plaintiff's motion for conditional certification [Doc. No. 28] and Defendants' motion for summary judgment [Doc. No. 30] are **DEFERRED.**

**IT IS FURTHER ORDERED** that the parties shall have **60 days** from the date of this order to engage in a limited merits discovery period focused on resolving the question of immunity under the Eleventh Amendment. At the conclusion of this period, the parties may file supplemental briefing on their respective motions.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**