IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT LEE, JR. individually and for all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MARIROSA LAMAS, *et al.*,<br><br>　　　　　　　Defendants. | CIVIL ACTION NO.  19-241 |

# ORDER

**AND NOW,** this 26th day of October 2023, upon consideration of the pending motions, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. Defendants' Motion for Summary Judgment [Doc. No. 30] is **GRANTED**. The FLSA claim is **DISMISSED WITH PREJUDICE** as to Plaintiff Robert Lee, Jr., and the PWMA claim is **DISMISSED WITHOUT PREJUDICE**.

2. Plaintiff's Motion for Conditional Certification of his collective action [Doc. No. 28] is **DISMISSED AS MOOT**.

3. As no collective action has been certified, the dismissal of the FLSA claim is **WITHOUT PREJUDICE** as to any individuals other than Plaintiff Robert Lee, Jr.

4. The Clerk is directed to **CLOSE** the case.

It is so **ORDERED.**

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　/s/ Cynthia M. Rufe
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**